**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1458**

———————

TAE IL BONG,

                                        Plaintiff - Appellant,

        versus

SPARTAN MARKET, INCORPORATED; MRS. KIM,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-00-746-2)

———————

Submitted:  October 24, 2001          Decided:  November 6, 2001

———————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tae Il Bong, Appellant Pro Se.  Robert Greenway Byrum, SHAMES & BYRUM, P.C., Chesapeake, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tae Il Bong appeals the district court's order granting judgment for Defendants. We have reviewed the record, including the district court's statements from the bench, and find no reversible error. The district court did not commit clear error in finding Bong failed to establish Spartan Market failed to pay him the legal minimum wage for overtime work. See Hendricks v. Central Reserve Life Ins. Co., 39 F. 3d 507, 512-13 (4th Cir. 1994) (noting standard of review for factual findings). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED